446 A.2d 686

Commonwealth v. Brewington, Appellant.

Petition for Allowance of Appeal Denied Aug. 23, 1982.

 Argued September 9, 1981. Kalvin Kahn, for appellant; Maureen Brennan, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, McEWEN and SHERTZ, JJ.

Judgment of sentence affirmed.

SHERTZ, J., did not participate in the consideration or decision of this case.